# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CHARLES RODGERS, | : | No. 538 EAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (INTERNATIONAL STEEL | : | |
| GROUP, A.K.A. ISG COATESVILLE), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 28th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

 Mr. Justice Eakin did not participate in the decision of this matter.